# United States Court of Appeals
## For the First Circuit

No. 24-1973

GAVEN MCKENNA, by and through his co-guardians Steven and
Catherine McKenna; JARED MCKENNA, by and through his
co-guardians Steven and Catherine McKenna,

Plaintiffs, Appellants,

v.

MAINE DEPARTMENT OF HEALTH & HUMAN SERVICES,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 18, 2025, is
amended as follows:

On page 18, line 14, omit "that" after "that"